IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 13-cv-01408-PAB-CBS

STEVEN KERRISON,

      Plaintiff,

v.

TELLER COUNTY SHERIFF MIKE ENSMINGER, in his individual and official capacity, and
TELLER COUNTY SHERIFF DEPUTY WILLIAM MARKUS, in his individual capacity,

      Defendants.

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

This matter comes before the Court on the Motion to Dismiss Defendants With Prejudice [Docket No. 15].  The Court has reviewed the pleading and is fully advised in the premises.  It is

**ORDERED** that the Motion to Dismiss Defendants With Prejudice [Docket No. 15] is GRANTED.  It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED October 7, 2013.

BY THE COURT:

  s/Philip A. Brimmer
_____
PHILIP A. BRIMMER
United States District Judge